NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MID CONTINENT STEEL & WIRE, INC.,**
*Plaintiff-Appellee*

v.

**UNITED STATES,**
*Defendant-Appellee*

v.

**OMAN FASTENERS, LLC,**
*Defendant-Appellant*

---

2023-1039

---

Appeal from the United States Court of International Trade in Nos. 1:15-cv-00214-MAB, 1:15-cv-00228-MAB, Chief Judge Mark A. Barnett.

-------------------------------------------------

**OMAN FASTENERS, LLC,**
*Plaintiff-Appellee*

v.

**UNITED STATES,**
*Defendant*

**MID CONTINENT STEEL & WIRE, INC.,**
*Defendant-Appellant*

_____

2023-1661
_____

Appeal from the United States Court of International Trade in No. 1:22-cv-00348-MMB, Judge M. Miller Baker.
_____

**ON MOTION**
_____

Per Curiam.

**O R D E R**

The court scheduled oral argument in the above-captioned companion appeals for November 7, 2024. Oman Fasteners, LLC moves to reschedule the arguments for the next available date due to a scheduling conflict for arguing counsel in 2023-1661. Mid Continent Steel & Wire, Inc. responds in opposition.

Upon consideration thereof,

It Is Ordered That:

The motions are denied.

For the Court

October 22, 2024
Date

Jarrett B. Perlow
Clerk of Court