# United States Court of Appeals for the Federal Circuit

---

**MID CONTINENT STEEL & WIRE, INC.,**

*Plaintiff-Appellee*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

**v.**

**OMAN FASTENERS, LLC,**

*Defendant-Appellant*

---

2023-1039

---

Appeal from the United States Court of International Trade in Nos. 1:15-cv-00214-MAB, 1:15-cv-00228-MAB, Chief Judge Mark A. Barnett.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered January 7, 2025, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

February 28, 2025
Date

Jarrett B. Perlow
Clerk of Court